**MEMO ENDORSED**

## MOSKOWITZ COLSON GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2024
```

April 30, 2024

**By ECF**

Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Stalin Contreras*, 17 Cr. 438 (VEC)

Dear Judge Caproni:

I represent Mr. Contreras in the above-captioned matter. On September 12, 2018, he pleaded guilty to racketeering conspiracy, and on March 8, 2019, he was sentenced to 84 months' imprisonment and three years' supervised release. He was released in 2023 and is currently on supervised release.

While on supervised release, Mr. Contreras is participating in the RISE Court program. RISE Court participants are awarded points for completing the established goals and tasks of the program. Mr. Contreras has been extremely successful in the program, and in fact, currently holds significantly more points than any other participant and is far ahead of the program schedule. He has also remained fully in compliance with the conditions of his supervised release.

According to the terms of his supervised release, Mr. Contreras is not permitted to travel outside of the Southern District of New York without court approval. Unfortunately, both his father and grandmother, who reside in the Dominican Republic, are very ill, and he has not visited them in many years. He would like to visit them this summer from June 3 to June 12 in Santo Domingo, Dominican Republic. If allowed to travel, he would be accompanied by his mother.

Therefore, I write to respectfully request that Mr. Contreras be permitted to travel to Santo Domingo, Dominican Republic from June 3 to June 12. If permitted, he will provide his final travel itinerary to the Probation Department. The Probation Department has no objection to this request.

Thank you in advance for your consideration of this request.

Respectfully submitted,

/s/

Avraham C. Moskowitz
Moskowitz Colson Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455

cc: USPO Lauren Blackford

> Application GRANTED. Mr. Contreras must provide Probation with his travel itinerary, along with an address and phone number for where he will be staying while in the Dominican Republic.
>
> SO ORDERED.                    5/1/24
>
> *[signature: Valerie Caproni]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE